IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00241–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAMES ALFRED WHEELER,

      Defendant.

---

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a five-day trial to a jury of 12, plus alternates, commencing at

9:00 o'clock a.m. on Monday, **August 28, 2006**, in Courtroom A1001 of the Alfred A. Arraj

United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is July 27, 2006.  All responses shall be

filed by August 3, 2006.  A hearing on the motions, if necessary, is set for **August 10, 2006**, at

2:15 o'clock p.m.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m.

on Friday, **August 18, 2006**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, August 16, 2006.

Dated: June 23, 2006